# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT, LLC SERIES 9723
SKIERS CHALET,

        Appellant,

vs.

BANK OF AMERICA, N.A.,

        Respondent.

No. 71808

**FILED**

JUN 2 6 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order, purportedly certified as final under NRCP 54(b), granting a motion for summary judgment. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge. We previously directed appellant to show cause why this appeal should not be dismissed for lack of jurisdiction because it appeared the certification under NRCP 54(b) may have been improper where no party was completely removed from the district court action. *See* NRCP 54(b); *Mallin v. Farmers Ins. Exch.*, 106 Nev. 606, 610, 797 P.2d 978, 981 (1990). In response, appellant agrees that this court lacks jurisdiction because both it and respondent have claims that remain pending in the district court. Accordingly, we conclude that we lack jurisdiction and

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Kerry Louise Earley, District Judge
Persi J. Mishel, Settlement Judge
Kerry P. Faughnan
Akerman LLP/Las Vegas
Eighth District Court Clerk